Filed Under Seal

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: _____ |
| ANTHONY YOUNG<br>    a/k/a "Ant"<br>    a/k/a "Khalil Evans" | : | VIOLATIONS:<br>18 U.S.C. § 2119 (carjacking-3 counts) |

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about March 24, 2023, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**ANTHONY YOUNG,**
**a/k/a "Ant,"**
**a/k/a "Khalil Evans,"**

with intent to cause death and serious bodily harm, took from the person and presence of J.P., a person known to the grand jury, by force and violence, and by intimidation, a motor vehicle, that is, a 2017 Hyundai Sonata, VIN 5NPE34AF8HH507928, license plate PA LVS3981, that had been transported, shipped, and received in interstate or foreign commerce.

In violation of Title 18, United States Code, Section 2119.

1

Filed Under Seal

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about March 24, 2023, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**ANTHONY YOUNG,**
a/k/a "Ant,"
a/k/a "Khalil Evans,"

with intent to cause death and serious bodily harm, took from the person and presence of E.D., a person known to the grand jury, by force and violence, and by intimidation, a motor vehicle, that is, a 2012 Chevrolet Malibu, with VIN 1G1ZC5E07CF341507, license plate PA LTT9751, that had been transported, shipped, and received in interstate or foreign commerce.

In violation of Title 18, United States Code, Section 2119.

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about March 30, 2023, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**ANTHONY YOUNG,**
a/k/a "Ant,"
a/k/a "Khalil Evans,"

with intent to cause death and serious bodily harm, took from the person and presence of S.B., a person known to the grand jury, by force and violence, and by intimidation, a motor vehicle, that is, a 2010 Honda Accord, with VIN 1HGCP2F45AA072243, license plate PA LPP8745, that had been transported, shipped, and received in interstate or foreign commerce.

In violation of Title 18, United States Code, Section 2119.

A TRUE BILL:

███████████████████
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
**GRAND JURY FOREPERSON**

*[signature]*

**JACQUELINE C. ROMERO**
**United States Attorney**

Filed Under Seal

No. _____

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

*Criminal Division*

## THE UNITED STATES OF AMERICA

vs.

Anthony Young a/k/a "Ant" a/k/a "Khalil Evans"

## INDICTMENT

Counts
18 U.S.C. §2119 (carjacking – 3 counts)



Filed in open court this 25th day,
of July A.D. 20 23

Bail, $ _____